UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| SUPREME HOME HEALTH SERVICES, INC. AND EMILY WINSTON, PRESIDENT | * | CIVIL ACTION NO. 18-1370 |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| ALEX M. AZAR, II, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss for lack of subject matter jurisdiction [Doc. No. 26] filed by Defendants Alex Azar, II and Seema Verma, is **GRANTED-IN-PART**, as to each Plaintiff, as follows:

1)   Plaintiff Supreme Health Services, Inc.'s claims for violations of substantive due process and preservation of rights under § 704 of the APA are **DISMISSED, WITHOUT PREJUDICE**, as to all parties in the case; and

2)   Plaintiff Emily Winston's claims are **DISMISSED, WITHOUT PREJUDICE**, in their entirety, pursuant to Fed. R. Civ. P. 12(b)(1).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants Azar andVerma's motion to dismiss for failure to state a claim upon which relief can be granted [Doc.

No. 26] is converted into a motion for summary judgment and **GRANTED-IN-PART, DISMISSING, WITH PREJUDICE,** Supreme's procedural due process and ultra vires claims, as to all parties in the case.

**IT IS FURTHER ORDERED** that Defendants Azar and Verma's motion to dismiss [Doc. No. 26] otherwise is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to dismiss [Doc. No. 28] filed by Palmetto GBA, L.L.C., is **DENIED, as moot**.

The case is closed.

Monroe, Louisiana, this 23RD day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE